SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------x
ELIJAH RODRIGUEZ, an infant under the age of
Eighteen, by his father and natural guardian,
ARISTEDES RODRIGUEZ, and ARISTEDES
RODRIGUEZ, Individually,

                Plaintiffs,

     - against -

ROYAL CONSUMER INFORMATION
PRODUCTS, INC.,

                Defendant.
------------------------------------------------------------------X

Index No.: 8742/07

**RESPONSE TO REQUEST FOR SUPPLEMENTAL DEMAND FOR RELIEF**

Plaintiffs, by their attorneys, THE LAW OFFICE OF RICHARD M. KENNY, responds to the Request for Supplemental Demand for Relief of the defendant as follows:

**DEMAND FOR RELIEF**

Plaintiffs demands damages against the defendants on the causes of action as follows:

On the First Cause of Action in the sum of ONE MILLION ($1,000,000.00) DOLLARS;

On the Second Cause of Action in the sum of ONE MILLION ($1,000,000.00) DOLLARS;

On the Third Cause of Action in the sum of ONE MILLION ($1,000,000.00) DOLLARS;

On the Fourth Cause of Action in the sum of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS

Dated: New York, New York
       April 25, 2007

                                            Yours, etc,

                                            LAW OFFICE OF RICHARD M. KENNY
                                            By_____
                                              Daniel M. Braude
                                            Attorneys for Plaintiff
                                            777 Third Avenue – 35th Floor
                                            New York, New York 10017
                                            (212) 421-0300

TO:     HARRINGTON, OCKO & MONK, LLP
Attorneys for Defendant
ROYAL CONSUMER INFORMATION PRODUCTS, INC.
81 Main Street, Suite 215
White Plains, New York 10601
(914) 686-4800