UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ELIJAH RODRIGUEZ, an infant under the age of Eighteen, by his father and natural guardian, ARISTEDES RODRIGUEZ, and ARISTEDES RODRIGUEZ, Individually,

                Plaintiffs,

  -against-

ROYAL CONSUMER INFORMATION PRODUCTS, INC.,

                Defendant.

------------------------------------------------------------------X

Case No. 07 CIV. 3505

RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF ROYAL CONSUMER INFORMATION PRODUCTS, INC.

JUDGE KAPLAN

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and solely to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Royal Consumer Information Products, Inc. makes the following disclosure:



1. Royal Consumer Information Products, Inc., is a non-governmental corporate party.

2. Royal Consumer Information Products, Inc., is incorporated in Delaware, and is a domestic corporation of that state.

3. Royal Consumer Information Products, Inc., is owned by KIDMA Royal, Inc., which is also a Delaware corporation.

4. KIDMA Royal, Inc. is entirely owned by Salomon Suwalsky, an individual who is the President and CEO of Royal Consumer Information Products, Inc.

Dated: White Plains, New York
       May 1, 2007

Yours, etc.

_____
GLENN A. MONK, ESQ. (GM-6597)
HARRINGTON, OCKO & MONK, LLP
*Attorneys for Defendant*
ROYAL CONSUMER INFORMATION PRODUCTS, INC
81 Main Street, Suite 215
White Plains, NY 10601
(914) 686-4800
Fax (914) 686-4824