ECF CASE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ELIJAH RODRIGUEZ, an infant under the age of Eighteen,
by his father and natural guardian, ARISTEDES
RODRIGUEZ, and ARISTEDES RODRIGUEZ,     Case No.  07 CV 3505
Individually,                                                                   (LAK)

                Plaintiffs,

   -against-                                                      **CERTIFICATE OF SERVICE**

ROYAL CONSUMER INFORMATION PRODUCTS,
INC.,
               Defendant.

------------------------------------------------------------------------X


**CERTIFICATE OF SERVICE**

     I, Glenn A. Monk, Esquire, hereby certify that on May 2, 2007, I caused a true and correct copy of the foregoing Civil Cover Sheet to be served via regular mail upon:

> LAW OFFICE OF RICHARD M. KENNY
> *Attorneys for Plaintiffs*
> 777 Third Avenue – 35th Floor
> New York, NY 10017
> (212) 421-0300
>
> **(Attorneys for Plaintiff)**

                                                      /s/ Glenn A. Monk
                                           Glenn A. Monk, Esquire (GM-6597)