ECF CASE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ELIJAH RODRIGUEZ, an infant under the age of Eighteen,
by his father and natural guardian, ARISTEDES
RODRIGUEZ, and ARISTEDES RODRIGUEZ,                  Case No.  07 CV 3505
Individually,                                                                (LAK)

                Plaintiffs,

   -against-                                                  **CERTIFICATE OF SERVICE**

ROYAL CONSUMER INFORMATION PRODUCTS,
INC.,
               Defendant.

-----------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

     I, Glenn A. Monk, Esquire, hereby certify that on May 2, 2007, I caused a true and correct copy of the foregoing Rule 7.1 Corporate Disclosure Statement to be served via regular mail upon:

              LAW OFFICE OF RICHARD M. KENNY
              *Attorneys for Plaintiffs*
              777 Third Avenue – 35th Floor
              New York, NY 10017
              (212) 421-0300

              (**Attorneys for Plaintiff**)

                         /s/ Glenn A. Monk
                    Glenn A. Monk, Esquire (GM-6597)