ECF CASE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ELIJAH RODRIGUEZ, an infant under the age of Eighteen,
by his father and natural guardian, ARISTEDES
RODRIGUEZ, and ARISTEDES RODRIGUEZ,                Case No.  07 CV 3505
Individually,                                                                       (LAK)

          Plaintiffs,

   -against-                                                **CERTIFICATE OF SERVICE**

ROYAL CONSUMER INFORMATION PRODUCTS,
INC.,
          Defendant.
------------------------------------------------------------------------X

    I, Glenn A. Monk, Esquire, hereby certify that on May 2, 2007, I caused a true and correct copy of the foregoing Notice of Removal to be served via regular mail upon:

          LAW OFFICE OF RICHARD M. KENNY
          *Attorneys for Plaintiffs*
          777 Third Avenue – 35th Floor
          New York, NY 10017
          (212) 421-0300

          (**Attorneys for Plaintiff**)


            /s/ Glenn A. Monk
          Glenn A. Monk, Esquire (GM-6597)