SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ELIJAH RODRIGUEZ, an infant under the age of Eighteen, by his father and natural guardian, ARISTEDES RODRIGUEZ, and ARISTEDES RODRIGUEZ, Individually | : : : : |
| Plaintiffs, | : Civil Action No. 7:07 cv 3505 |
| v. | : |
| ROYAL CONSUMER INFORMATION PRODUCTS, INC., | : : : |
| Defendant. | : : |



FILED
MAY 16 2007
USDC WP SDNY

## AMENDED NOTICE OF REMOVAL

**TO THE HONORABLE CHIEF JUDGE AND JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

Defendant, Royal Consumer Information Products, Inc. (hereinafter "ROYAL"), hereby files this Amended Notice of Removal of this action from the Supreme Court of New York, Bronx County, to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. §1441 and, in support thereof, avers as follows:

1. The original Notice of Removal was filed within thirty (30) days of the receipt of the Summons and Complaint in this action served upon Defendant ROYAL, and was given the Case No. 7:07 cv 3505. Thereafter, the Honorable Judge Lewis A. Kaplan, by Order dated May 8, 2007, rejected our Notice of Removal for failure to adequately allege the citizenship of one or more natural persons, and we were directed to file an Amended Notice of Removal on or before May 18, 2007. (*Order of District Judge Lewis A. Kaplan annexed hereto as Exhibit "A"*). Herein is the Amended Notice of Removal.

at the Somerset, New Jersey, office, except those noted above. (See *Affidavit by Todd Althoff, annexed hereto as Exhibit "E"*).

10. The amount in controversy, excluding costs and disbursements, exceeds the jurisdictional limit of this Court of $75,000.00. (*Plaintiff's Response to Request for Supplemental Demand for Relief pursuant to CPLR § 3017(c) annexed hereto as Exhibit "F"*).

11. This Court has original jurisdiction of the above-entitled action, pursuant to 28 U.S.C. §1332, and the action may therefore be removed to this Court pursuant to 28 U.S.C. §1441(b).

12. A true and correct copy of this Notice of Removal will be filed with the Clerk of the Supreme Court of New York, Bronx County, as provided by U.S.C. §1446.

13. Written notice of the filing of this Notice of Removal will be served upon Plaintiff, through their counsel of record.

**WHEREFORE**, Defendant, Royal Consumer Information Products, Inc., prays for removal of the above-captioned action from the Supreme Court of New York, Bronx County, to the United States District Court for the Southern District of New York.

Respectfully submitted,
HARRINGTON, OCKO & MONK, LLP

Glenn A. Monk (GM-6597)
81 Main Street – 2nd Floor
White Plains, New York 10601
(914) 686-4800

*Attorneys for Defendant
Royal Consumer Information Products, Inc.*

3