# Delaware

**PAGE  1**

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "ROYAL CONSUMER INFORMATION PRODUCTS, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE THIRTIETH DAY OF APRIL, A.D. 2007.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "ROYAL CONSUMER INFORMATION PRODUCTS, INC." WAS INCORPORATED ON THE NINTH DAY OF JULY, A.D. 1986.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

**2095694  8300**

**070495890**

**AUTHENTICATION: 5635996**

**DATE: 04-30-07**



# State of Delaware
## The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & L

State Directory | Help | Search Delaware [                ] 🔍        Citizen Services | Business Services | V

**Department of State: Division of Corporations**

Frequently Asked Questions   View Search Results

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

## Entity Details

### THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | **2095694** | Incorporation Date / Formation Date: | **07/09/1986** (mm/dd/yyyy) |

| | | | |
|---|---|---|---|
| Entity Name: | **ROYAL CONSUMER INFORMATION PRODUCTS, INC.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | **THE CORPORATION TRUST COMPANY** | | |
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE STREET** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **(302)658-7581** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information   [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

# Exhibit "D"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
---------------------------------------------------------------------x

ELIJAH RODRIGUEZ, an infant under the age of
Eighteen, by his father and natural guardian,                          Index No.: 8742/07
ARISTEDES RODRIGUEZ, and ARISTEDES
RODRIGUEZ, Individually,                                               **RESPONSE TO**
                                                                       **REQUEST FOR**
                            Plaintiffs,                                **SUPPLEMENTAL**
                                                                       **DEMAND FOR**
                   - against -                                         **RELIEF**

ROYAL CONSUMER INFORMATION
PRODUCTS, INC.,

                            Defendant.
---------------------------------------------------------------------X

      Plaintiffs, by their attorneys, THE LAW OFFICE OF RICHARD M. KENNY, responds

to the Request for Supplemental Demand for Relief of the defendant as follows:

**DEMAND FOR RELIEF**

      Plaintiffs demands damages against the defendants on the causes of action as follows:

On the First Cause of Action in the sum of ONE MILLION ($1,000,000.00) DOLLARS;

On the Second Cause of Action in the sum of ONE MILLION ($1,000,000.00) DOLLARS;

On the Third Cause of Action in the sum of ONE MILLION ($1,000,000.00) DOLLARS;

On the Fourth Cause of Action in the sum of ONE HUNDRED THOUSAND ($100,000.00)
DOLLARS

Dated: New York, New York
      April 25, 2007

                            Yours, etc,

                            LAW OFFICE OF RICHARD M. KENNY

                            By
                                Daniel M. Braude
                            Attorneys for Plaintiff
                            777 Third Avenue – 35th Floor
                            New York, New York 10017
                            (212) 421-0300

TO:     HARRINGTON, OCKO & MONK, LLP
        Attorneys for Defendant
        ROYAL CONSUMER INFORMATION PRODUCTS, INC.
        81 Main Street, Suite 215
        White Plains, New York 10601
        (914) 686-4800

