UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ELIJAH RODRIGUEZ, etc., et al.,

                Plaintiffs,

-against-                                                07 Civ. 3505 (LAK)

ROYAL CONSUMER INFORMATION PRODUCTS, INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/07
```

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      By order dated May 8, 2007, the Court noted that the notice of removal failed adequately to allege the citizenship of one or more natural persons and stated that the action would be remanded absent the filing, on or before May 18, 2007, of an amended notice of removal adequately alleging the existence of subject matter jurisdiction. Defendant filed an amended notice of removal, but it does not allege the citizenship of any of the individual parties. Accordingly, the action is remanded to the New York Supreme Court, Bronx County.

      SO ORDERED.

Dated:      June 19, 2007

                                                  _____
                                                  Lewis A. Kaplan
                                               United States District Judge